STATE OF CONNECTICUT *v.* PERRY HAWKINS, JR.

It appearing that the defendant in the above-entitled case has failed to prosecute his appeal from the Superior Court in Fairfield County with proper diligence, it is, under Practice Book § 696, ordered by the Supreme Court, suo motu, that the appeal be and hereby is dismissed unless the defendant files his brief on or before June 16, 1976.

*Donald A. Browne,* state's attorney, for the appellee (state).

*E. Eugene Spear,* assistant public defender, for the appellant (defendant).